IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01878-MSK-KLM

SRS CALIFORNIA OPERATIONS, LLC., d/b/a NOBLE LOGISTIC SERVICES,

    Plaintiff,

v.

JOANN Z. KAZEL d/b/a JSC LOGISTICS, and
NATIONAL INDEMNITY COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Caption and File Amended Complaint and Jury Demand** [Docket No. 7; Filed September 23, 2008] (the "Motion").

    The Court notes that because no responsive pleading has been filed, Plaintiff may amend its Complaint once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a). However, as Plaintiff has filed a Motion, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that Plaintiff's Amended Complaint [Docket No. 7-3; Filed September 23, 2008] is **accepted for filing** as of the date of this Order.

    IT IS FURTHER **ORDERED** that the case caption shall hereafter appear as indicated above.

    Dated: September 23, 2008