IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01878-MSK-KLM

SRS CALIFORNIA OPERATIONS, LLC., d/b/a NOBLE LOGISTIC SERVICES,

    Plaintiff,

v.

JOANN Z. KAZEL d/b/a JSC LOGISTICS, and
NATIONAL INDEMNITY COMPANY,

    Defendants.

---

## SUPPLEMENTAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

    This matter comes before the Court on the Motion to Vacate Rule 16 Hearing and Request for Expedited Ruling **(#32)** filed and granted on April 1, 2009. In addition to requesting that the Rule 16 Hearing be vacated, the motion requested that this matter be referred to the Magistrate Judge for a scheduling conference. Accordingly,

    **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Kristen L. Mix to convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order.

    DATED this 1st day of April, 2009.

                                                 **BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge